IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION

RONDA CLARK,

    Plaintiff,

vs.                                                                         CASE NO. 2009 27197
                                                             DIVISION: I
STANDARD INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, Ronda Clark, by and through her undersigned attorney and sues the Defendant, and says:

### BREACH OF INSURANCE CONTRACT

1. This is an action for damages which exceeds $2,500.00, but does not exceed $15,000.00.

2. Plaintiff is a resident of Hillsborough, County, Florida.

3. At all times material hereto, the Plaintiff was an employee of the Hillsborough County Sheriff's Office.

4. The Defendant issued a long term disability policy to the Hillsborough County Sheriff's Office ensuring all eligible persons for whom the premium was paid. Plaintiff does not have a copy of said policy, but Defendant is in possession of the same. Plaintiff will seek leave to amend this complaint upon receipt of a copy of the policy.

5. Plaintiff has paid all premiums due under said disability policy to the Defendant at all relevant times herein and has performed all obligations under said disability policy on Plaintiff's part to be performed.

6. Plaintiff suffered a loss compensible under the terms of said disability policy and the Plaintiff received benefits under the policy until April 16, 2006.

7. The Defendant has denied benefits under the policy since April 16, 2006, even though the Plaintiff remained and still remains disabled under the terms of said policy.

8. Plaintiff has been damaged in an amount equal to the monthly benefit due under the insurance contract times the number of weeks Defendant wrongfully denied benefits to the Plaintiff.

9. The Plaintiff has retained the undersigned attorney to represent her in this matter and has agreed to pay a reasonable fee for his services.

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury on all issues so triable.

Wherefore, Plaintiff demands judgment for damages together with court costs, interest, and attorney fees.

Respectfully Submitted,

_____
Michael A. Steinberg
4925 Independence Parkway, Suite 195
Tampa, FL 33634
(813) 221-1300
(813) 221-1702 Fax
Florida Bar No.: 340065